UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-01657-SVW | Date | August 23, 2021 |
|---|---|---|---|
| Title | Azariah M. Ellington et al v. Judge Maria J. Stratton et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on June 14, 2021, issued an order to show cause why this action should not be dismissed for lack of prosecution.

The Court, having read and considered the plaintiff's response, orders the case dismissed, without prejudice, for lack of prosecution.

                                                                                                                            :
                                                                                 Initials of Preparer        PMC